lation of Louise M. Capen, against William H. Maxwell and others, constituting the board of examiners of the board of education of the city of New York. No opinion. Motion granted, without costs.

PEOPLE ex rel. CITY ISLAND CO., Respondent, v. O'DONNEL et al., Appellants (two cases). SAME v. BRADY. SAME v. PURDY. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York, on the relation of the City Island Company, against Frank A. O'Donnel and others. D. Rumsey, for appellants. P. C. Peck, for respondent. No opinions. Orders affirmed, with costs and disbursements. Orders filed.

PEOPLE ex rel. CONWAY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of William J. Conway, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DOUGHERTY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of E. N. Dougherty, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DOUGHERTY v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Neville Dougherty, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. DUNPHY et al., Appellants, v. WIGGINS, Respondent. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Proceedings by the people of the state of New York, on the relation of John Dunphy and others, against Abram H. Wiggins, as supervisor, etc.

PER CURIAM. Order affirmed, with costs.

KELLOGG, J., not sitting.

PEOPLE ex rel. EVANS, Appellant, v. MILLIKEN et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Proceedings by the people of the state of New York, on the relation of Joseph Evans, against Charles F. Milliken and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. FENN v. W. M. OSTRANDER, Inc. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Proceedings by the people of the state of New York, on the relation of Nene V. T. Fenn, against W M. Ostrander, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FINELLI v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Louis W. Finelli, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. FRANGHIADI v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of M. S. Franghiadi, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. HATFIELD v. DOOLEY et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New York, on the relation of Maria E. Hatfield, against Edward J. Dooley, as president of the board of city magistrates, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HEALY v. MAXWELL et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New York, on the relation of Alice K. Healy, against William H. Maxwell and others, constituting the board of examiners of the board of education of the city of New York. No opinion. Motion granted, without costs.

PEOPLE ex rel. HIRSCH v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of William Hirsch, against Edmund J. Butler. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. KEMMET, Appellant, v. CRAIG, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Proceedings by the people of the state of New York, on the relation of Nikolaus Kemmet, against William H. Craig, sheriff, etc. No opinion. Order affirmed, on the opinion of CLARK, J., in 111 N. Y. Supp. 909.

PEOPLE ex rel. KOKOSHKIN, Appellant, v. HARLEM INDEPENDENT SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Proceedings by the people of the state of New York, on the relation of Nathan Kokoshkin, against the Harlem Independent Society. M. Kaufman, for appellant. H. C. Goldsmith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LANDIS v. BUTLER. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Proceedings by the people of the state of New York, on the relation of Leo J. Landis, against Edmund J. Butler. No opinion. Order filed.

PEOPLE ex rel. LEONARD v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Proceedings by the people of the state of New